UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STACY KNIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:12-cv-01226 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| PROVIDENT LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY and UNUM GROUP ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the court finds as follows:

- The defendants' Motion for Summary Judgment (Docket No. 28) and Motion for Judgment on the Record (Docket No. 33) are **DENIED**.

- The plaintiff's Motion for Judgment (Docket No. 34) is **GRANTED IN PART and DENIED IN PART**.

- The plaintiff's claim for LTD benefits is hereby **REMANDED** to the defendants for further administrative proceedings. The plaintiff shall have 30 days to supplement his appeal. In reviewing the plaintiff's appeal on the merits, the defendants shall consider both the previously filed materials and the supplemental materials, if any, submitted by the plaintiff.

The clerk is directed to administratively close this file, subject to reopening, if the plaintiff is denied continuing LTD benefits and again seeks redress in this court.

It so **ORDERED**.

Enter this 26th day of March 2014.

_____
ALETA A. TRAUGER
United States District Judge

1